(INND Rev. 8/16)

FILED
MAY 17 2019
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

JUAN NAVAS
,
*[You are the **PLAINTIFF**, print your full name on this line.]*

v.

GRAND ATLAS PROPERTY MANAGEMENT COMPANY
,
*[The **DEFENDANT** is who you are suing.]*

**2.19CV 190**

Case Number _____
*[For a new case in this court, leave blank.
The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: 3735 W 70 Lane
   Merrillville, IN 46410

2. My telephone number is: ( 917) 981 0641

3. The Defendant's address is: 8201 Polo Club Drive
   Merrillville, IN 46410

4. This action is brought for employment discrimination pursuant to:

   ○ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
   *[race, color, gender, religion, national origin]*

   ○ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ☑ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ○ Other: _____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the
   Indiana Civil Rights Commission on: Indianapolis District Office

6. The date on my Notice of Right to Sue letter is: 3-6-2019

7. The date I received my Notice of Right to Sue letter was: 3-6-2019

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 8/16)                                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I was employed as maintenance man from June 2017 until my termination on September 11 2018. In March 2018, I became disabled and was placed on medical restrictions. I present my restrictions to my employer and requested an accommodation; however, my manager, Stephanie, refused to accommodate me. In order to keep working and earn a paycheck, I was forced to continue working and perform tasks, that exceeded my lifting restrictions. Stephanie then started assigning me construction tasks, in addition to my maintenance functions. The construction tasks required heavier lifting than the maintenance functions. I was hired to perform. In August 2018, I saw a doctor and my lifting restrictions remained the same. Stephanie send me home for over a week with no pay. She recalled me to work, but a few weeks later she fired me for allegedly using a toilet in one of the empty apartments I was working on.

I believe Stephanie denied me a reasonable accommodation due to my disability and terminated me in retaliation for requesting a reasonable accommodation in violation of the Americans with Disabilities Act, as amended, and Title VII of the Civil Rights Act, as amended.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

- receive compensation for lost time with out paid. (7 monts)
- return to work with medical restriction

**DOCUMENTS** – I have attached a copy of the following documents:

☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

◯ Notice of Right to Sue letter

◯ Other: _____

_____

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

SN  I will keep a copy of this complaint for my records.

SN  I will promptly notify the court of any change of address.

SN  I declare **under penalty of perjury** that the statements in this complaint are true.

_Sean Navas_                                    05-14-19
Signature                                       Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]